[No. 3772–II.   Division Two.   July 30, 1980.]

*In the Matter of the Marriage of* KRISTINE E. FUNKHOUSER, *Respondent, and* HOWARD W. FUNKHOUSER, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 59497, Hewitt A. Henry, J., entered November 2, 1978. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3843–II.   Division Two.   July 30, 1980.]

BERNARD M. DAGASSO, ET AL, *Respondents,* v. C. E. REVELLE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 58399, Bertil E. Johnson, J. Pro Tem., entered December 1, 1978. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 7465–2–I.   Division One.   August 4, 1980.]

GAREY PORTREY, ET AL, *Appellants,* v. THE CITY OF BELLINGHAM, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 53391, Jack S. Kurtz, J., entered February 20, 1980. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Callow, C.J., and Dore, J.

[No. 3929–II.   Division Two.   August 4, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MAX GREGORY GRAHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C–737, Frank E. Baker, J., entered January 25, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.